# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LISA COMANSE, | Civil File No. 08-2596-KHV/GLR |
| Plaintiff, | |
| vs. | NOTICE OF DISMISSAL WITH PREJUDICE |
| G C SERVICES LIMITED PARTNERSHIP, | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Dated:  02/12/09          /s/ J. Mark Meinhardt
                           J. Mark Meinhardt #20245
                           4707 College Boulevard, Suite 100
                           Leawood, KS 66211
                           913-451-6163
                           Fax 913-451-6163